IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN BRUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-02323-JWL |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $1,863.96. The parties also agree that Plaintiff should be reimbursed for $350.00 in costs from the Judgment Fund administered by the Treasury Department.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$1,863.96.** Plaintiff is granted **$350.00** for costs from the Judgment Fund administered by the Treasury Department. Payment should be payable to Plaintiff and sent to his attorney's address.

IT IS SO ORDERED.

Dated this 4th day of October, 2010.

s/ John W. Lungstrum  
JOHN W. LUNGSTRUM  
United States District Judge

APPROVED BY:

s/ Sharon J. Meyers
Sharon J. Meyers, Bar. No. 70589
4050 Pennsylvania Avenue, Suite 210
Kansas City, MO 64111
Tel: (816) 753-3929
E-mail: sjmeyers@sbcglobal.net

Attorney for Plaintiff

BARRY R. GRISSOM
United States Attorney

s/ Andrea L. Taylor
ANDREA L. TAYLOR
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 70422
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: andrea.taylor@usdoj.gov

Attorneys for Defendant

ELECTRONICALLY SUBMITTED